Nos. 26-3375/3316/3596/3599

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 26, 2026
KELLY L. STEPHENS, Clerk

In re: MCP NO. 204; FEDERAL COMMUNICATIONS COMMISSION, REDUCING BARRIERS TO NETWORK IMPROVEMENTS AND SERVICE CHANGES; ACCELERATING NETWORK MODERNIZATION

OHIO TELECOM ASSOCIATION (26-3375); TEXAS ASSOCIATION OF BUSINESS (26-3516); CALIFORNIA PUBLIC UTILITIES COMMISSION (26-3596); THE UTILITY REFORM NETWORK; RURAL COUNTY REPRESENTATIVES OF CALIFORNIA; COMMUNICATIONS WORKERS OF AMERICA (26-3599),

Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

Respondents,

USTELECOM - THE BROADBAND ASSOCIATION (26-3596/3599),

Proposed Intervenor.

A M E N D E D
O R D E R

In these consolidated appeals, the petitioners seek review of a final order of the Federal Communications Commission. The parties jointly move for entry of a briefing schedule and propose a specific schedule utilizing a deferred appendix.

Upon review, the motion is GRANTED, and the following deadlines and word limits are adopted:

- In Nos. 26-3375 and 26-3516, Ohio Telecom Association and Texas Association of Business, shall file a joint proof brief. Per the parties' agreement, the brief shall not exceed 10,000 words. In No. 26-3596, California Public Utilities Commission shall file its proof brief up to 13,000 words and, in No. 26-3599, The Utility Reform Network, Rural County Representatives of California, and Communications Workers of America shall file their joint proof brief up to 13,000 words. **All petitioners' proof briefs are due December 8, 2026**. The petitioners shall file their briefs only in their respective cases by "de-selecting" all cases that do not apply to them.
- Respondents Federal Communications Commission and the United States of America shall file a single proof brief in all four cases **by February 8, 2027**. The respondents' brief shall not exceed 20,000 words.
- Subject to the court's ruling on the motion to intervene by USTelecom – The Broadband Association, the Intervenor shall file its proof brief in Nos. 26-3596/3599 only **by February 15, 2027**. The Intervenor brief shall not exceed 13,000 words.
- In Nos. 26-3375 and 26-3516, Ohio Telecom Association and Texas Association of Business, shall file a joint proof reply brief. Per the parties' agreement, the brief shall not exceed 5,000 words. In No. 26-3596, California Public Utilities Commission shall file its proof reply brief up to 6,500 words and, in No. 26-3599, The Utility Reform Network, Rural County Representatives of California, and Communications Workers of America shall file their joint proof reply brief up to 6,500 words. **All petitioners' proof reply briefs are due March 8, 2027**. The petitioners shall file their reply briefs only in their respective cases by "de-selecting" all cases that do not apply to them.
- The parties shall file the deferred appendix by **March 15, 2027**.
- All final-form briefs with appendix citations are due **March 22, 2027**. Final form briefs shall be filed only in the parties' individual case(s). Parties shall "de-select" any case that does not apply to them.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens

Kelly L. Stephens, Clerk